IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | **COUNT ONE:** |
| v. | *Felon in Possession of a Firearm* |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| HOWARD C. LEVITE, | NMT: 10 Years' Imprisonment |
| [DOB: 11/22/1991] | NMT: $250,000 Fine |
| | NMT: 3 Years' Supervised Release |
| Defendant. | $100 Mandatory Special Assessment |
| | Class C Felony |
| | |
| | **COUNT TWO:** |
| | *Possession With Intent to Distribute Alprazolam ("Xanax")* |
| | 21 U.S.C. §§ 841(a)(1) and (b)(1)(E) |
| | NMT: 5 Years' Imprisonment |
| | NMT: $250,000 Million Fine |
| | NLT: 1 Year Supervised Release |
| | $100 Mandatory Special Assessment |
| | Class D Felony |
| | |
| | **COUNT THREE:** |
| | *Possession of a Controlled Substance* |
| | 21 U.S.C. § 844(a) |
| | NMT: 1 Year Imprisonment |
| | NLT: $1,000 Fine |
| | $25 Mandatory Special Assessment |
| | Class A Misdemeanor |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Felon in Possession of a Firearm)*

On or about October 28, 2020, in the Western District of Missouri, the defendant, HOWARD C. LEVITE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Smith and

Wesson, Model M&P Bodyguard, .380 caliber pistol, bearing serial number KDP3729, and said firearm had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
*(Possession With Intent to Distribute Alprazolam ("Xanax"))*

On or about October 28, 2020, in the Western District of Missouri, the defendant, HOWARD C. LEVITE, knowingly and intentionally possessed, with the intent to distribute, alprazolam ("Xanax"), a Schedule IV controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT THREE
*(Possession of a Controlled Substance)*

On or about October 28, 2020, in the Western District of Missouri, the defendant, HOWARD C. LEVITE, did knowingly and intentionally possess methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

A TRUE BILL.

7/21/2021
DATE

*/s/ Pamela Carter-Smith*
FOREPERSON OF THE GRAND JURY

*/s/ Sarah J. Rasalam*
Sarah J. Rasalam
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri